DELAWARE AND HUDSON RAILWAY COMPANY v. CENTRAL VERMONT PUBLIC SERVICE CORP., No. 130-75

December 2, 1975. It appearing that the action brought before the Rutland Superior Court is governed by the provisions of 30 V.S.A. § 2513 the judgment is vacated and the cause dismissed for lack of jurisdiction.

Dan KRCHAK v. Christine PLUNKETT, No. 154-75

December 2, 1975. Judgment affirmed. Appeal dismissed.

Rebecca A. HEATH v. Michael MITIGUY, No. 5-75

December 3, 1975. Appeal dismissed.

David ISENBERG v. Mrs. Paul DONDES, No. 10-75

December 3, 1975. Appeal dismissed.

LONERGAN & THOMAS, INC. v. John G. McCULLOUGH, No. 263-74

December 5, 1975. Appeal dismissed.

Robert BROWN v. Gelsie J. MONTI and Theresa Pilini, No. C 257-71 CnC

December 8, 1975. Motion for Permission to Appeal Interlocutory Order denied.